UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| CLARENCE MCNAIR, | ) |
| | ) CASE NO.: 3:16-CV-00038-RCJ-WGC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| R. KERSTEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 34) entered on June 7, 2017, in which the Magistrate Judge recommends the Court grant Defendant Kersten's Motion for Summary Judgment (ECF No. 16). And, deny as moot Plaintiff's Cross-Motion for Summary Judgment (ECF No. 21). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 34).

IT IS HEREBY ORDERED that Defendant Kersten's Motion for Summary Judgment (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 21) is DENIED AS MOOT. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 19th day of July, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE