AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

CLARENCE McNAIR,

      Plaintiff,

v.

R. KERSTEN, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00038-RCJ-WGC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant Kersten's Motion for Summary Judgment (ECF No. 16) is GRANTED.

July 19, 2017                                              **DEBRA K. KEMPI**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                   Deputy Clerk