UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CLARENCE MCNAIR, | ) | Case No.: 3:16-CV-00038-RCJ-WGC |
| Plaintiff, | ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 116) |
| v. | ) ) | |
| R. KERSTEN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 116[1]) entered on May 12, 2021, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 70).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 116) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 70) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 6th day of July, 2021.

ROBERT C. JONES
United States District Judge